**26 CV 1546**

JS 44C/SDNY
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Roth Ranbom | Reem Bridals LLC, Jillian Sinel, and Abhinav Gupta |

| ATTORNEYS (Firm Name, Address, And Telephone Number) | ATTORNEYS (If Known) |
|---|---|
| Pro Se | |

CAUSE OF ACTION  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

29 U.S.C. §§ 201 et seq. (Fair Labor Standards Act) — Unpaid wages, retaliation for filing DOL complaint, tortious interference with prospective employment, and blacklisting.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐    Dismissed. No ☐ Yes ☐    If yes, give date _____ & Case No. _____

Is this an international arbitration case?  Yes ☐  No ☒

2026 FEB 24  PM 3:0_  SDNY PRO SE OFFICE RECEIVED

## NATURE OF SUIT *(PLACE AN [x] IN ONE BOX ONLY)*

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | Torts | | Forfeiture/Penalty | Bankruptcy | Other Statutes |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury | Seizure Of Property | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | 21 USC 881 | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable | Liability | ☐ 367 Health Care/ | ☐ 690 Other | | ☐ 400 State |
| Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | | Reapportionment |
| ☐ 150 Recovery Of | Slander | ☐ 368 Asbestos Personal | | **Intellectual Property Rights** | ☐ 410 Antitrust |
| Overpayment & | ☐ 330 Federal Employers' | Injury Product | **Labor** | | ☐ 430 Banks & Banking |
| Enforcement Of | Liability | Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| Judgment | ☐ 340 Marine | | ☑ 710 Fair Labor | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product | **PERSONAL PROPERTY** | Standards Act | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer |
| ☐ 152 Recovery Of | Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management | New Drug Application | Influenced & Corrupt |
| Defaulted Student | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | Relations | ☐ 840 Trademark | Organization Act |
| Loans (Excl | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 880 Defend Trade Secrets | (Rico) |
| Veterans) | Product Liability | Property Damage | ☐ 751 Family and Medical | Act of 2016 | ☐ 480 Consumer Credit |
| ☐ 153 Recovery Of | ☐ 360 Other Personal | ☐ 385 Property Damage | Leave Act (FMLA) | | (15 USC 1681 or |
| Overpayment Of | Injury | Product Liability | ☐ 790 Other Labor | | 1692) |
| Veteran's Benefits | ☐ 362 Personal Injury - | | Litigation | | ☐ 485 Telephone |
| ☐ 160 Stockholders Suits | Medical Malpractice | | ☐ 791 Employee | | Consumer Protection |
| ☐ 190 Other Contract | | | Retirement Income | | Act |
| ☐ 195 Contract Product | | | Security Act | | ☐ 490 Cable/Satellite TV |
| Liability | | | (ERISA) | | ☐ 850 Securities/ |
| ☐ 196 Franchise | | | | | Commodities/ |
| | | | | | Exchange |

| Real Property | Civil Rights | Prisoner Petitions | Immigration | Social Security | |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus** | ☐ 462 Naturalization | ☐ 861 HIA (1395ff) | ☐ 890 Other Statutory Actions |
| ☐ 220 Foreclosure | (Non-Prisoner) | ☐ 463 Alien Detainee | Application | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 230 Rent Lease & | ☐ 441 Voting | ☐ 510 Motions To Vacate | ☐ 465 Other Immigration | ☐ 863 DIWC/DIWW | ☐ 893 Environmental |
| Ejectment | ☐ 442 Employment | Sentence | Actions | (405(G)) | Matters |
| ☐ 240 Torts To Land | ☐ 443 Housing/ | ☐ 530 General | | ☐ 864 SSID Title XVI | ☐ 895 Freedom Of |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | | ☐ 865 RSI (405(g)) | Information Act |
| ☐ 290 All Other Real | ☐ 445 Americans With | | | | ☐ 896 Arbitration |
| Property | Disabilities - | **Other** | | **Federal Tax Suits** | ☐ 899 Administrative |
| | Employment | ☐ 540 Mandamus & Other | | | Procedure Act/ |
| | ☐ 446 Americans With | ☐ 550 Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff | Review or Appeal of |
| | Disabilities - Other | ☐ 555 Prison Condition | | Or Defendant) | Agency Decision |
| | ☐ 448 Education | ☐ 560 Civil Detainee - | | ☐ 871 IRS-Third Party | ☐ 950 Constitutionality Of |
| | | Conditions Of | | 26 USC 7609 | State Statutes |
| | | Confinement | | | |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☒ YES ☐ NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13?
If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

## ORIGIN

*(PLACE AN X IN ONE BOX ONLY)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation (Transferred)  ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

## BASIS OF JURISDICTION

*(PLACE AN x IN ONE BOX ONLY)*

**IF DIVERSITY, INDICATE CITIZENSHIP BELOW.**

☐ 1 U.S. Government Plaintiff  ☐ 2 U.S. Government Defendant  ☒ 3 Federal Question (U.S. Government NOT A PARTY)  ☐ 4 Diversity

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

### PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Roth Ranbom
1178 Broadway, 3rd floor
PMB #561
New York, New York 10001
New York County

### DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Reem Bridals, LLC
501 5th Avenue, Flr 2
New York, New York 10017
New York County

Jillian Sinel, *President*
Reem Bridals, LLC
501 5th Avenue, Flr 2
New York, New York 10017
New York County

Abhinav Gupta *CFO*
Reem Bridals, LLC
501 5th Avenue, Flr 2
New York, New York 10017
New York County

### DEFENDANT(S) ADDRESS UNKNOWN

Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

## COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:     THIS ACTION SHOULD BE ASSIGNED TO:     ☐ WHITE PLAINS     ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 02/24/2026     SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
☒ NO
☐ YES (DATE ADMITTED Mo. _____ Yr. _____)
Attorney Bar Code #_____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)