UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# ROTH RANBOM

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

## 26 CV 1546 ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

## REEM BRIDALS LLC,

## JILLIAN SINEL, and ABHINAV GUPTA

(full name(s) of the defendant(s)/respondent(s))

### APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☒ No   (If "No," go to Question 2.)

    I am being held at: _____

    Do you receive any payment from this institution?  ☐ Yes  ☒ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes   ☒ No

    If "yes," my employer's name and address are: _____

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment?  September 20, 2025

    Gross monthly wages at the time:  $6042

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment    ☒ Yes    ☐ No
    (b) Rent payments, interest, or dividends             ☐ Yes    ☒ No

SDNY Rev: 8/5/2015

| | | | |
|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No | |
| (d) Disability or worker's compensation payments | ☐ Yes | ☒ No | |
| (e) Gifts or inheritances | ☒ Yes | ☐ No | |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☒ No | |
| (g) Any other sources | ☐ Yes | ☒ No | |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

*please see extra documents*

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

*Pls see docs*

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

*pls see docs*

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

*pls see docs*

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

*pls. see docs.*

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*please see docs*

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| 02/24/26 | |
|---|---|
| Dated | Signature |

Ranbom, Roth H

| | | | | |
|---|---|---|---|---|
| Name (Last, First, MI) | | Prison Identification # (if incarcerated) | | |
| 1178 Broadway, 3rd Flr PMB #561 | New York | NY | | 10001 |
| Address | City | State | | Zip Code |
| 424-438-4958 | | r261291@proton.me | | |
| Telephone Number | | E-mail Address (if available) | | |

IFP Application, page 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SUPPLEMENT TO APPLICATION TO PROCEED IN FORMA PAUPERIS

ROTH RANBOM, Plaintiff, v. REEM BRIDALS LLC, JILLIAN SINEL, and ABHINAV GUPTA, Defendants.

Case No. _____

The following responses supplement the IFP Application form where space was insufficient.

### Question 2 – Employment

Presently employed: No

Last date of employment: September 20, 2025

Gross monthly wages at the time: $6,042 ($72,500 annual salary)

### Question 3 – Other Income Sources (Past 12 Months)

**(a) Business, profession, or other self-employment: Yes.** Poshmark resale of secondhand clothing items, approximately $900 total in 2025. Sporadic sales averaging under $75 per month. This is not regular employment but occasional online resale of personal items.

**(b) Rent payments, interest, or dividends:** No.

**(c) Pension, annuity, or life insurance payments:** No.

**(d) Disability or worker's compensation payments:** No.

**(e) Gifts or inheritances: Yes.** Father provides approximately $150 every two weeks in Instacart gift cards as a loan that must be repaid. These are not gifts; they are informal loans for basic food needs that create an ongoing debt obligation.

**(f) Any other public benefits:** No.

**(g) Any other sources: Yes.** Occasional payments received via Venmo and Zelle for odd jobs and personal services. No regular employment or steady income stream. A former work arrangement ended in September 2025; no income has been received from that source since.

### Question 4 – Cash and Accounts

Approximately $500 total across all accounts, including a personal checking account (approximately $400) and a business checking account (approximately $100).

### Question 5 – Assets

No automobile, real estate, stocks, bonds, securities, trusts, or other financial instruments. Personal property of minimal value includes: a gold baptism cross and chain (family heirloom from mother, sentimental value, market value unknown); a pearl strand necklace (estimated value $200–$400); and a few pieces of art (estimated total value approximately $100). No other items of significant value.

1

**Question 6 – Monthly Expenses**

Rent: $2,400
Utilities (Con Edison): $200
Phone: $120
Internet/WiFi: $93
Transportation: $230
Food: $450
Credit card minimum payment (Capital One): $240
**Total monthly expenses: approximately $3,733**

Applicant has no regular income sufficient to cover these expenses and is dependent on sporadic odd jobs, occasional resale income, and family loans for basic subsistence.

**Question 7 – Dependents**

None.

**Question 8 – Debts and Financial Obligations**

Chase credit card (charged off): approximately $10,000
Capital One credit card (charged off): approximately $1,500
Capital One credit card (open, active): approximately $2,000
Student loans: approximately $8,000
Con Edison utility arrears: approximately $1,000
Back rent owed to landlord: approximately $10,000
NYS Department of Labor unemployment insurance overpayment (currently in dispute — overpayment resulted from former employer's false separation filings that are the subject of this action): approximately $15,000
Informal debt to former spouse: approximately $35,000
**Total outstanding debt: approximately $82,500**

Two credit accounts have been charged off due to inability to make payments. Applicant is unable to pay the $405 filing fee without undue hardship and deprivation of basic necessities.

Dated: February 24, 2026

Roth Ranbom, Pro Se
1178 Broadway, 3rd Floor, PMB #561
New York, New York 10001
424-438-4958
R261291@proton.me