UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROTH RANBOM,

Plaintiff,

-against-

REEM BRIDALS LLC; ET AL.,

Defendants.

1:26-CV-1546 (UA)

ORDER GRANTING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:    February 26, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge