**RECEIVED**
**MAR 19 2026**
**PRO SE OFFICE**

REC'D SDNY CLERK'S OFF.
2026 MAR 17 PM 11:19

**Clerk of Court**
**United States District Court**
**Southern District of New York**

March 17, 2026

---

## Re: Ranbom v. Reem Bridals LLC, et al.
## Case No. 1:26-cv-01546

Dear Clerk of Court:

Plaintiff Roth Ranbom respectfully submits for filing the enclosed First Amended Complaint in the above-referenced matter pursuant to Federal Rule of Civil Procedure 15(a). The amended pleading adds additional defendants and supersedes the original complaint previously filed in this action.

Please docket the enclosed First Amended Complaint accordingly.

Thank you for your attention to this filing.

Respectfully submitted,

Dated: March 17, 2026
New York, New York

Roth Ranbom
1178 Broadway, 3rd Floor, PMB #561
New York, New York 10001
r261291@proton.me
(424) 438-4958

Pro Se, Plaintiff

Roth Ranbom
119 E Broadway 3rd flr
#601
New York, NY 10001

Clerk of Court

U.S. District Court – SDNY

Case: *Ranbom v. Reem Bridals LLC, et al.*

Case No. 1:26-cv-01546

FIRST AMENDED COMPLAINT
—

ORIGINAL FOR FILING



RECEIVED
SDNY PRO SE OFFICE
2026 MAR 19  AM 11: 17