UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROTH RANBOM,

                          Plaintiff,

            -v.-

REEM BRIDALS LLC et al.,

                          Defendants.

26 Civ. 01546 (JHR)

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

☐    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐    Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: _____

☒    General Pretrial & Dispositive Motions (all purposes except trial)

☐    Specific Non-Dispositive Motion/Dispute: _____

☐    Settlement

☐    Habeas Corpus

☐    Social Security

☐    Inquest After Default/Damages Hearing

☐    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

SO ORDERED.

Dated: April 24, 2026
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge