UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROTH RANBOM,

                        Plaintiff,

        -against-

REEM BRIDALS LLC, et al.,

                        Defendants.

1:26-CV-1546 (JHR) (GS)

ORDER OF SERVICE

GARY STEIN, United States Magistrate Judge:

Plaintiff Roth Ranbom, of Astoria, Queens County, New York, brings this action *pro se*, asserting claims under the Fair Labor Standards Act, the Americans with Disabilities Act of 1990, and under state law.[1] He seeks damages, backpay, and declaratory relief. Plaintiff sues: (1) Reem Bridals LLC ("Reem Bridals"); (2) Reem Holdings LLC; (3) Reem Acra Boutique LLC; (4) Reem Acra Couture Collection LLC; (5) Reem Acra Licensing LLC; (6) R.A. Luxury LLC; (7) Reem Acra, "the founder, designer, and ultimate beneficial owner of the Reem Acra enterprise"; (8) Jillian Hirsch-Sinel, also known as Jillian Sinel, President of Reem Bridals between 2019 and 2023; and (9) Abhivan Gupta, "Chief Financial Officer and Chief Operating Officer of the Reem Acra enterprise." (ECF 7, at 3-8.)

On February 26, 2026, the court granted Plaintiff leave to proceed in this action without prepayment of fees, that is, *in forma pauperis* ("IFP"). The Court directs service on the defendants.

---

[1] Plaintiff's amended complaint (ECF 7) is the operative pleading for this action.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the United States Marshals Service ("USMS") to effect service on the defendants.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the defendants through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of the defendants. The Clerk of Court is further instructed to issue summonses for the defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of summonses and the amended complaint upon the defendants.

If summonses and the amended complaint are not served upon the defendants within 90 days after the date that the summonses for the defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his mailing address changes, and the Court may dismiss this action if he fails to do so.

---

[2]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding IFP and could not have effected service on the defendants until the Court reviewed the amended complaint and ordered that summonses be issued for the defendants The Court therefore extends the time to serve the defendants until 90 days after the date that summonses for the defendants issue.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue summonses for Defendants Reem Bridals LLC; Reem Holdings LLC; Reem Acra Boutique LLC; Reem Acra Couture Collection LLC; Reem Acra Licensing LLC; R.A. Luxury LLC; Reem Acra; Jillian Hirsch-Sinel, also known as Jillian Sinel; and Abhivan Gupta; (2) complete USM-285 forms with the service addresses for these defendants; and (3) deliver all documents necessary to effect service of summonses and the amended complaint (ECF 7) on these defendants to the United States Marshals Service.

SO ORDERED.

Dated:   April 28, 2026
         New York, New York

_____
GARY STEIN
United States Magistrate Judge

3

**SERVICE ADDRESSES FOR DEFENDANTS**

1. Reem Bridals LLC
   501 Fifth Avenue
   2nd Floor
   New York, New York 10017

2. Reem Holdings LLC
   501 Fifth Avenue
   2nd Floor
   New York, New York 10017

3. Reem Acra Boutique LLC
   501 Fifth Avenue
   2nd Floor
   New York, New York 10017

4. Reem Acra Couture Collection LLC
   1 West End Avenue
   Apartment 41D
   New York, New York 10023

5. Reem Acra Licensing LLC
   1 West End Avenue
   Apartment 41D
   New York, New York 10023

6. R.A. Luxury LLC
   240 West 35th Street
   Suite 700
   New York, New York 10001

7. Reem Acra
   1 West End Avenue
   Apartment 41D
   New York, New York 10023

8. Jillian Hirsch-Sinel, also known as Jillian Sinel
   Strategic Advisor
   Stellae International Inc. USA
   50 Marcus Drive
   Melville, New York 11747

9. Defendant Abhivav Gupta
   Chief Financial Officer and Chief Operating Officer of the Reem Acra Enterprise
   501 Fifth Avenue
   2nd Floor
   New York, New York 10017