

BOYD RICHARDS
Parker | Colonnelli

July 23, 2026

**Via ECF**

Hon. Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    ***Ranbom v. Reem Bridals LLC et al.***
       **Case No.: 26-cv-01546 (JHR) (GS)**

JOINT STIPULATED REQUEST FOR EXTENSIONS OF TIME AND RELATED RELIEF

Your Honor,

This office represents Defendants Reem Bridals LLC, Reem Holdings LLC, Reem Acra Boutique LLC, Reem Acra Couture Collection LLC, Reem Acra Licensing LLC, R.A. Luxury LLC, Reem Acra, Jillian Hirsch-Sinel, and Abhinav Gupta (collectively, "Defendants") in the above-referenced matter. Please accept this correspondence as a stipulated request, submitted jointly with Plaintiff pro se, for the relief set forth below.

Plaintiff *pro se* has advised that he intends to amend his First Amended Complaint [ECF Doc. No. 7] by filing a Second Amended Complaint. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff may amend with Defendants' written consent, which Defendants provide herein.

Defendants' current deadline to answer or otherwise respond to the operative pleading is July 27, 2026, pursuant to duly executed acknowledgments of service. [ECF Doc. Nos. 13–19].

The undersigned accepts service of process on behalf of Defendants Jillian Hirsch-Sinel, R.A. Luxury LLC, and Abhinav Gupta, effective as of the filing of this letter, and Defendants waive any defenses they may have had under Fed. R. Civ. P. 12(b)(4) or 12(b)(5).

Given the foregoing, Plaintiff and Defendants respectfully request that the Court grant and adopt the following stipulated schedule:

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| | | | | |
|---|---|---|---|---|
| **MIAMI**<br>100 S.E. Second Street, Suite 2600<br>Miami, Florida 33131<br>Tel: 786-425-1045 Fax: 786-425-3905 | **FT. LAUDERDALE**<br>1600 W. Commercial Boulevard, Suite 201<br>Fort Lauderdale, Florida 33309<br>Tel: 954-848-2460 Fax: 954-848-2470 | **TAMPA**<br>400 N. Ashley Drive, Suite 1150<br>Tampa, Florida 33602<br>Tel: 813-223-6021 Fax: 813-223-6024 | **WEST PALM BEACH**<br>1555 Palm Beach Lakes Blvd, Suite 550<br>West Palm Beach, Florida 33401<br>Tel: 561-624-8233 Fax: 786-425-3905 | **NEW YORK**<br>600 Third Ave, Suite 2800<br>New York, NY 10016<br>Tel: (212) 400-0626 |

www.boydlawgroup.com



- Defendants consent to Plaintiff's filing of a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), which upon filing shall be the operative pleading;

- The Second Amended Complaint shall be filed with the Court on or before August 28, 2026;

- Defendants shall answer, move, or otherwise respond to the Second Amended Complaint on or before October 16, 2026, which deadline shall supersede the current July 27, 2026 deadline and shall apply to all Defendants; and

- This letter shall constitute the appearance of Frederick C. Sung, Esq. and Boyd Richards Parker & Colonnelli, P.L. as counsel of record for all Defendants; counsel will also file a notice of appearance on ECF.

This stipulation is without prejudice to and without waiver of the parties' remaining claims, defenses, objections, and positions, except as expressly stated above with respect to service of process.

These are the first such requests by the parties to this action. This stipulated schedule has been submitted to the Court for approval on consent. There are no scheduled appearances before the Court at this time.

Respectfully submitted,

Frederick C. Sung, Esq.
*Attorney for Defendants*

**Consented to:**

Roth Ranbom
*Plaintiff Pro Se*

cc:     Plaintiff pro se via ECF and email (R261291@proton.me)

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH | NEW YORK |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |