MEMO ENDORSED

Roth Ranbom
1178 Broadway, 3rd Floor, PMB #561
New York, New York 10001
(424) 438-4958
R261291@proton.me

Application granted. Dkt. Nos. 25-4, 25-6, 25-9. and 25-11 shall remain under seal. Defendants shall file redacted versions of the aforementioned exhibits and confirm that no other attachments to Dkt. No. 25 contain PII by no later than Friday, October 30. In addition, Plaintiff is directed to serve and file her opposition to Defendants' motion to dismiss by November 13, 2026. Defendants' reply shall be due by no later than Friday, November 27, 2026. SO ORDERED.

Date: October 27, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

October 22, 2026

BY EMAIL TO THE PRO SE INTAKE UNIT

The Honorable Gary Stein
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Ranbom v. Reem Bridals LLC, et al.*, No. 1:26-cv-01546 (JHR) (GS)**
**Letter-Motion Under Fed. R. Civ. P. 5.2 — Unredacted Social Security Number in ECF No. 25**

Dear Judge Stein:

I am the plaintiff, proceeding pro se. I respectfully write under Federal Rule of Civil Procedure 5.2 regarding exhibits Defendants filed on October 16, 2026, with their motion to dismiss.

Those exhibits disclose my full Social Security number. It appears in fields labeled "SOCIAL SECURITY NO.," "SSN" or "Claimant SS#" on at least 36 pages: ECF No. 25-9 at 60, 61, 89, 208–210, 212–216 and 246–251, and ECF No. 25-11 at 72, 73, 75, 79, 101, 103, 220–222, 224–228, 258 and 260–263. The same nine digits appear unformatted, as a "Claimant ID" or in fax transmission footers, on at least 105 further pages: ECF No. 25-4 at 1; ECF No. 25-9 at 12–28, 30–59, 68 and 219–222; and ECF No. 25-11 at 24–40, 42–71, 80 and 231–234. In all, at least 141 pages disclose the number.

Rule 5.2(a) permits a filing to include only the last four digits of a Social Security number, and this Court's ECF Rules place responsibility for that redaction on the filing party. SDNY ECF Rules 21.2, 21.3. Defendants may contend that some exhibits are "the record of an administrative or agency proceeding" exempt from redaction. Fed. R. Civ. P. 5.2(b)(2). That exemption does not reach ECF No. 25-4, Defendants' own wage notice, or the number handwritten on Defendants' own

February 23, 2023 letter as Defendants transmitted it to the Department of Labor (ECF No. 25-9 at 214–15; ECF No. 25-11 at 226–27). Either way, Rule 5.2(e) permits the Court, for good cause, to require redaction of additional information and to limit or prohibit nonparties' remote electronic access to a filed document. Public exposure of a full Social Security number is good cause. New York law separately treats unemployment insurance information as confidential: it "shall not be open to the public." N.Y. Lab. Law § 537(1)(b).

I respectfully request that the Court:

1. Direct the Clerk to restrict public and remote electronic access to ECF Nos. 25-4, 25-9 and 25-11 pending the filing of redacted versions;
2. Direct Defendants to file, within three business days, versions of those exhibits redacting my Social Security number, in every form in which it appears, to its last four digits, and otherwise identical to the originals; and
3. Direct Defendants to confirm that no other attachment to ECF No. 25, including ECF Nos. 25-3, 25-5 and 25-6, contains an unredacted personal identifier.

On October 21, 2026, I asked Defendants' counsel by email to correct the filing. Counsel responded the same day: "We will call the court to address this." The ECF Rules give a filing party a procedure for this situation: an "EMERGENCY SEALING REQUEST" to the ECF Help Desk, then a written request to the presiding judge and a redacted refiling. SDNY ECF Rule 21.7. I am not aware that Defendants have invoked it or filed redacted versions.

Thank you for your attention to this matter.

Respectfully submitted,

**<u>/s/ Roth Ranbom</u>**
Roth Ranbom
Plaintiff, Pro Se
1178 Broadway, 3rd Floor, PMB #561
New York, New York 10001
(424) 438-4958
R261291@proton.me

cc: Frederick C. Sung, Esq., and Gizem Petrosino, Esq., counsel for Defendants (by email)